Cheshire,
Jan. 3, 1928.

## STATE v. MARY COSTELLO.

*Arthur Olson*, solicitor, for the state.

*John J. Landers*, for the defendant.

*Per Curiam.* The defendant is guilty of a second offense. *State* v. *Gendron*, 80 N. H. 394; *State* v. *Haselton*, 81 N. H. 549; P. L., c. 402, s. 13.

*Case discharged.*